Dismissed and Memorandum Opinion filed January 14, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00877-CV

____________

 

SHIRLEY JEAN ESSMAN, TRUSTEE OF THE TESTAMENTARY TRUST
ESTABLISHED UNDER THE WILL OF LEE C. ESSMAN, Appellant

 

V.

 

ROBERT SMITH and wife, INGRID SMITH, Appellees

 



On Appeal from the 506th District Court

Grimes County, Texas

Trial Court Cause No. 31007



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a summary judgment signed May 20, 2009. On January 5, 2010,
appellant filed an unopposed motion to dismiss the appeal. See Tex. R.
App. P. 42.1. The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.